UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CELESTINE HOPKINS | CIVIL ACTION |
| VERSUS | NO: 11-1836 |
| ORLEANS PARISH SCHOOL BOARD, et al | SECTION: "A" |

## JUDGMENT

For the written reasons of the Court issued February 7, 2012, **IT IS ORDERED, ADJUDGED AND DECREED** that there be judgment in favor of United Teachers of New Orleans, Larry Carter and Larry Samuel, and against plaintiff.

For the written reasons of the Court issued March 15, 2012, **IT IS ORDERED, ADJUDGED AND DECREED** that there be judgment in favor of Recovery School District, and against plaintiff.

For the written reasons of the Court issued May 14, 2012, **IT IS ORDERED, ADJUDGED AND DECREED** that there be judgment in favor of Sametta Brown, and against plaintiff.

For the written reasons of the Court issued June 21, 2012, **IT IS ORDERED, ADJUDGED AND DECREED** that there be judgment in favor of Paul Vallas, and against plaintiff.

Plaintiff was ordered to show cause on August 10, 2012 why no action had been taken on the remaining defendants. No cause being shown, the Court hereby **ORDERS, ADJUDGES AND DECREES** that defendants Louisiana Department of Education and the Board of

Elementary and Secondary Education are dismissed at plaintiff's costs, without prejudice.

New Orleans, Louisiana, this 16th day of August 2012.

							_____
							JAY C. ZAINEY
							UNITED STATES DISTRICT JUDGE